UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Matthew Hufnus, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff<br><br>v.<br><br>Wing Tel, Inc. a New York corporation,<br><br>　　　　　　　Defendant. | Case No.: 1:20-cv-01088-PKC |

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

　　　　Pursuant to Local Rule 1.4 of the Southern District of New York, Whitney Smith and Geoffrey Castello hereby request leave to withdraw as counsel of record for defendant, Wing Tel, Inc. in the above-captioned action. Defendant will continue to be represented by other counsel of record in this matter.

Dated:  October 26, 2020　　　　By: */s/ Whitney M. Smith*
　　　　　　　　　　　　　　　　　Geoffrey A. Castello
　　　　　　　　　　　　　　　　　Whitney M. Smith
　　　　　　　　　　　　　　　　　Kelley Drye & Warren LLP
　　　　　　　　　　　　　　　　　One Jefferson Road
　　　　　　　　　　　　　　　　　Parsippany, NJ 07054
　　　　　　　　　　　　　　　　　Email: gcastello@kelleydrye.com
　　　　　　　　　　　　　　　　　wsmith@kelleydrye.com