UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Matthew Hufnus, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff<br><br>v.<br><br>Wing Tel, Inc. a New York corporation,<br><br>                Defendant. | Case No.: 1:20-cv-01088-PKC |

### NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 1.4 of the Southern District of New York, Whitney Smith and Geoffrey Castello hereby request leave to withdraw as counsel of record for defendant, Wing Tel, Inc. in the above-captioned action. Defendant will continue to be represented by other counsel of record in this matter.

Dated: October 26, 2020

By: */s/ Whitney M. Smith*
Geoffrey A. Castello
Whitney M. Smith
Kelley Drye & Warren LLP
One Jefferson Road
Parsippany, NJ 07054
Email: gcastello@kelleydrye.com
wsmith@kelleydrye.com

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

10-27-20