UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATHEW HUFNUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WING TEL INC., A New York corporation,<br><br>Defendant. | Case No.: 1:20-CV-01088-PKC |

## JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Mathew Hufnus and Defendant, Wing Tel Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs. All claims of the putative class are hereby dismissed without prejudice.

Respectfully submitted,

Dated: May 28, 2021

**KAZEROUNI LAW GROUP, APC**

By: _/s/_
Ross H. Schmierer, Esq.
New York Bar Number: 4145702
275 Seventh Avenue, 7th Floor
New York, New York 10001
(T): (800)400-6808
Ross@Kazlg.com

*Attorney for Plaintiff*

**BLANK ROME LLP**

By: _/s/ Jeffrey N. Rosenthal_
Jeffrey N. Rosenthal (admitted *pro hac vice*)
One Logan Square
130 N. 18th St.
Philadelphia, PA 19103
(T): (215) 832-5553
Rosenthal-j@blankrome.com
Andrew T. Hambelton
New York Bar Number: 4835419
1271 Avenue of the Americas
New York, NY 10020
(T): (212) 885-5345
ahambelton@blankrome.com

*Attorney for Defendant*