**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SO ORDERED.
Dated:  6/2/2021

*[signature]*

P. Kevin Castel
United States District Judge

Case No.: 1:20-CV-01088-PKC

MATHEW HUFNUS, individually and on
behalf of all others similarly situated,

Plaintiff,

vs.

WING TEL INC., A New York corporation,

Defendant.

## JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Mathew Hufnus and Defendant,

Wing Tel Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims

asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the

same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and

costs.  All claims of the putative class are hereby dismissed without prejudice.

Respectfully submitted,

Dated: May 28, 2021

| **KAZEROUNI LAW GROUP, APC** | **BLANK ROME LLP** |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Ross H. Schmierer, Esq. | Jeffrey N. Rosenthal (admitted *pro hac vice*) |
| New York Bar Number: 4145702 | One Logan Square |
| 275 Seventh Avenue, 7th Floor | 130 N. 18th St. |
| New York, New York 10001 | Philadelphia, PA 19103 |
| (T): (800)400-6808 | (T): (215) 832-5553 |
| Ross@Kazlg.com | Rosenthal-j@blankrome.com |
| | Andrew T. Hambelton |
| ***Attorney for Plaintiff*** | New York Bar Number: 4835419 |
| | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| | (T): (212) 885-5345 |
| | ahambelton@blankrome.com |
| | ***Attorney for Defendant*** |